**Order filed April 5, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00647-CV
_____

**CELIL CAKIM, Appellant**

**V.**

**ERIN  NICOLE EATON, Appellee**

**On Appeal from the 328th District Court
Fort Bend County, Texas
Trial Court Cause No. 19-DCV-263570**

## O R D E R

Appellant's brief was due January 13, 2022. We granted appellant an extension until February 14, 2022 to his file brief. No brief or motion for extension of time was filed. On March 3, 2022, we issued on order stating the appeal would be dismissed if appellant did not file a brief on or before March 24, 2022.

On March 24, 2022, appellant filed a brief that was returned by the court because it did not comply with the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 9.9.

Unless appellant files a compliant brief with this court on or before **April 15, 2022**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Jewell, Zimmerer, and Hassan.